## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02959-CMA-MEH

JESSICA MONTANEZ individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

FUTURE VISION BRAIN BANK, LLC,
d/b/a The Green Solution,
a Colorado Limited Liability Company,

    Defendant.

_____

### PLAINTIFF'S NOTICE OF FILING AMENDED PLEADING
_____

Plaintiff Jessica Montanez, through undersigned counsel, hereby gives notice of filing an Amended Complaint, as a matter of course. Pursuant to Local Rule 15.1, a copy of the amended pleading, which strikes through the text to be deleted and underlines the text to be added, is attached hereto as an exhibit.

    Respectfully submitted by:

    */s/ Scott Edelsberg*
    Scott Edelsberg, Esq.
    Florida Bar No. 100537
    scott@edelsberglaw.com
    **EDELSBERG LAW, P.A.**
    20900 NE 30th Ave., Suite 417
    Aventura, FL 33180
    Tel: 786-289-9471

    Andrew J. Shamis, Esq.
    Florida Bar No. 101754
    ashamis@shamisgentile.com
    **SHAMIS & GENTILE, P.A.**

                14 NE 1st Avenue, Suite 705
                Miami, FL 33132
                Telephone: 305-479-2299

*Counsel for Plaintiff Jessica Montanez*