IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02959-CMA-MEH

JESSICA MONTANEZ individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

FUTURE VISION BRAIN BANK, LLC,
d/b/a The Green Solution,
a Colorado Limited Liability Company,

    Defendant.

_____

**PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT**
_____

Plaintiff Jessica Montanez, through undersigned counsel, hereby files a clean version of the Amended Complaint, which was initially filed with the Court on January 14, 2021 [ECF No. 23]. A copy of the amended pleading is attached as an exhibit .

    Respectfully submitted by:

*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.
Florida Bar No. 100537
scott@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Tel: 786-289-9471

Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
**SHAMIS & GENTILE, P.A.**

                      14 NE 1st Avenue, Suite 705
                      Miami, FL 33132
                      Telephone: 305-479-2299

*Counsel for Plaintiff Jessica Montanez*