**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**GRAND JUNCTION DIVISION**

JESSICA MONTANEZ, individually and on behalf of
all others similarly situated,

**CLASS ACTION**

**Case No. 1:20-cv-02959-CMA-MEH**

*Plaintiff*,

vs.

FUTURE VISION BRAIN BANK, LLC d/b/a THE
GREEN SOLUTION, a Colorado limited liability
company,

*Defendant*.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Jessica Montanez, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does

hereby dismiss this this action as follows:

1.      All claims of the Plaintiff, Jessica Montanez, individually, are hereby dismissed with

prejudice.

2.      All claims of any unnamed member of the alleged class are hereby dismissed

without prejudice.

Date: May 18, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

<u>**C**ERTIFICATE OF **S**ERVICE</u>

I hereby certify that on May 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:      */s/ Andrew J. Shamis*
          Andrew J. Shamis, Esq.
          Florida Bar # 101754

*Counsel for Plaintiff and the Class*